## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

LONNY MARTIN,                           ]
                                        ]
        Plaintiff            ]
                                        ]
v.                                      ]               No. 2:15-cv-00196-NT
                                        ]
                                        ]
PATRIOT SUBARU OF SACO,                 ]
                                        ]
        Defendant            ]

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties, by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action in full, including any and all claims and counterclaims, with prejudice and without costs or fees to any party.


Dated:  June 29, 2016          ___*/s/ Chad T. Hansen*_____
                               Chad T. Hansen, Esquire, Bar No. 9489
                               Maine Employee Rights Group
                               Attorneys for Plaintiff Lonny Martin
                               92 Exchange Street, 2nd Floor
                               Portland, ME 04101
                               207.874.0905
                               chansen@maineemployeerights.com


                               ___*/s/ Frank T. McGuire*_____
                               Frank T. McGuire, Esq., Bar No. 2247
                               Rudman & Winchell
                               Attorneys for Defendant Patriot Subaru of Saco, Inc.
                               84 Harlow Street
                               P.O. Box 1401
                               Bangor, ME  04402-1401
                               207.947.4501
                               fmcguire@rudmanwinchell.com